UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Mellody Q Adams

Debtor(s)

Case No. 15-33801

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 10/03/2015.

    2) The plan was confirmed on 12/04/2015.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was converted on 06/06/2016.

    6) Number of months from filing to last payment: 7.

    7) Number of months case was pending: 9.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: $4,225.00.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,225.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,225.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,142.44 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $57.56 |
| Other | $25.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,225.00

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI INC | Unsecured | 199.00 | 199.94 | 199.94 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 0.00 | 267.43 | 267.43 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 155.00 | 155.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 547.73 | 547.73 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 282.99 | 282.99 | 0.00 | 0.00 |
| AUSTIN VENTURES LLC | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| AUSTIN VENTURES LLC | Unsecured | NA | 3,648.78 | 3,648.78 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 1,938.00 | 1,938.13 | 1,938.13 | 0.00 | 0.00 |
| CITY OF RACINE | Unsecured | NA | 88.80 | 88.80 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 343.00 | 1,221.97 | 1,221.97 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 0.00 | 1,168.79 | 1,168.79 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 337.00 | 519.75 | 519.75 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 344.00 | 436.11 | 436.11 | 0.00 | 0.00 |
| PARKVIEW MANOR APTS CO OGDEN | Unsecured | 2,093.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC/COMCAST | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| TSI/909/DIRECTV | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| TURNER ACCEPTANCE CRP | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| W & W PROPERTIES/WILK & WALLEI | Unsecured | 1,970.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN HOUSING AUTHORITY | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| ANTHONY GIORANGO | Unsecured | 1,235.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS/LAKE COUNTY CIR | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| BRIAN SVRUSIS | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER/ICE MOUNTAIN SP | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| CALVIN T LINDSEY | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS/CONVERGENT OUTS | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS/CONVERGENT OUTS | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| FRANKS ADJ/WE ENERGIES 2014 BA | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| HOME CHOICE | Unsecured | 1,282.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING/PEOPLES CH | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| MRS BPO LLC/TIME WARNER CABLE | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 381.00 | 443.00 | 443.00 | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TURNER ACCEPTANCE CORP | Unsecured | 4,761.00 | 4,786.91 | 4,786.91 | 0.00 | 0.00 |
| WE ENERGIES | Unsecured | NA | 578.14 | 578.14 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,283.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,225.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$1,225.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/23/2016                         By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**